LAW OFFICES OF
# LONDON & ROBIN

IRA D. LONDON
AVROM ROBIN

OF COUNSEL
ROBERT M. SILVERSTEIN
MEREDITH S. HELLER

99 PARK AVENUE
SUITE 2600
NEW YORK, NEW YORK 10016
TEL: 212-683-8000
FAX: 212-683-9422
EMAIL: iradlondon@aol.com
avrom@mindspring.com

msheller@mshellerlaw.com

January 16, 2020

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/21/2020

Re: United States v. Mullings, et al. (Pamela Hart)
13-CR-764 (AKH)

Dear Judge Hellerstein:

I write regarding my client, Pamela Hart. Per your Honor's instructions at the last court conference, this letter to inform your Honor that Ms. Hart has been out of compliance with the Treatment Alternatives for Safer Communities ("TASC") program since November 23, 2019. I have attached the notice that TASC sent to the Bronx court. When Ms. Hart failed to appear at Court on December 23, 2019, a bench warrant was issued. I have been unable to get in contact with Ms. Hart to address this matter.

Both Ms. Lonergan and Mr. Lerman are aware of Ms. Hart's noncompliance. It is respectfully requested that the Court schedule a conference to determine Ms. Hart's supervised release status.

Respectfully submitted,

Meredith S. Heller

cc:  A.U.S.A. Jessica Lonergan (via e-mail)
     U.S.P.T.S.O. Jason Lerman (via e-mail)

*[Handwritten note: Conf is set for January 24, 2020 @ 11:00 am.]*

*[Signed: A. K. Hellerstein, 1-21-2020]*

From:Bronx Tasc                    7185385198              12/09/2019 10:01    #890 P.001/001

Lance W. Elder
President & Chief Executive Officer

Tania Peterson Chandler, Esq.
Vice President of Operations

Merrill Rotter, MD
Medical Director

Crystal Stanton, MA
NYC Senior Director



**Bronx TASC**
**1020 Grand Concourse, North Professional Wing**
**Bronx, NY 10451**
**(718) 538-7416 •Fax (718) 538-5198**
**www.eacinc.org**

TASC
Bronx
Yolanda Cardona, JD
Program Director
(718) 538-7416
(718) 538-5198 Fax

Brooklyn
Henry Algarin
Program Director
(718) 237-9404
(718) 237-5864 Fax

Queens
Jeanette Ackerman
Program Director
(718) 268-5657
(718) 263-7338 Fax

Staten Island &
Staten Island
Adolescent TASC
Crystal Stanton
Program Director
(718) 727-9722
(718) 448-0605 Fax

MENTAL HEALTH
Bronx Mental Health Court
Dr. Jennifer Loveland
Clinical Director
(718) 538-7416
(718) 590-5402 Fax

Brooklyn Forensic Link
Program Director
(718) 975-0180
(718) 975-1190 Fax

Brooklyn Mental Health
Court Advocacy
Dr. J Buzz Von Ornsteiner
Program Director
(718) 975-0180
(718) 975-1190 Fax

Brooklyn Mental Health
Diversion Program
Clinical Director
(718) 237-9404
(718) 237-5864 Fax

Queens Mental Health
Diversion Program
Clinical Director
(718) 237-9404
(718) 237-5864 Fax

## VIOLATION OF CONDITIONS NOTIFICATION

TO: Presiding Judge: Honorable Justice Robert L. Cohen
Part: C

DATE: December 9, 2019
Reference: Pamela Hart
Docket/Ind#: 0238-19
NYSID: 04829906L
NCD: 12/23/19

This is to inform the Court that the above named defendant has violated the Conditions of the Court as follows:

On 11/19/19, the above named defendant was not present in court for her compliance report and the case was adjourned to 12/23/19 for her appearance and for a new progress report from El Rio outpatient treatment program. TASC case managers have made several attempts to contact the defendant without success; her whereabouts are unknown at this time. Defendant is in violation of the terms and conditions of her release and plea.

Should you require any further data, please contact the undersigned at (718) 538-7416.

*Yolanda Cardona*

Yolanda Cardona, Project Director
New York City TASC