UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
UNITED STATES OF AMERICA,  :
:
:   **ORDER**
-against-  :
:   13 Cr 764 (AKH)
PAMELA HART.  :
Defendant.  :
-------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, UNITED STATES DISTRICT JUDGE:

On January 21, 2021, I held a telephonic hearing in the above-captioned matter. As discussed at the hearing, the arrest warrant I previously authorized is hereby vacated. This matter is adjourned until July 27, 2021, at 11 a.m., at which time Defendant Hart shall be required to attend the hearing. If for any reason Defendant does not continue with the treatment program she is currently participating in and leaves before it is appropriate for her to leave, I am to be notified and the return date for the scheduled hearing shall be accelerated.

SO ORDERED.

Dated: January 21, 2021
New York, New York

_____
ALVIN K. HELLERSTEIN, U.S.D.J.