UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
UNITED STATES OF AMERICA,

        -v-

PAMELA HART,
            Defendant(s).

------------------------------------------------------------ x

**SCHEDULING ORDER**

13 CR. 764 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

        The VOSR hearing which was scheduled to be held on July 27, 2021 is adjourned to September 27, 2021 at 11:00 a.m., and will be held via the following call-in number:

        **Call-in number: 888-363-4749**

        **Access code: 7518680**

        To ensure that the call proceeds smoothly and to avoid disruption, the Court directs those calling in (other than counsel) to mute their telephones. Additionally, all participants are directed to call in **5 minutes** prior to the start of the conference.

        Finally, no later than September 23, at 12:00 p.m., the parties shall jointly submit to the court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov) a list of all counsel expected to appear on the record, along with their contact information.

        SO ORDERED.

Dated:    July 28, 2021                    _____//S//_____
           New York, New York          ALVIN K. HELLERSTEIN
                                                   United States District Judge